IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

    v.      Criminal Case No. 11-50003

**ANTONIO ALFARO**                                        **DEFENDANT**

## O R D E R

Now on this 24th day of September, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #39), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **28 U.S.C. § 2255** claim is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**